| SUCCESSION OF STEVE ANTHONY PILET | * | NO. 2025-CA-0296 |
|---|---|---|
| | * | COURT OF APPEAL |
| | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

\* \* \* \* \* \* \*

KKH

**HERMAN, J., DISSENTS FOR THE REASONS ASSIGNED BY JUDGE MORIAL**